UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUCCESS ACADEMY CHARTER SCHOOLS-NYC,

Plaintiff,

-v-

BETTY A. ROSA, *in her official capacity as Commissioner of Education of the State of New York and President of the University of the State of New York*,

Defendant.

---

26-CV-7298 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On September 16, 2026, Plaintiff filed a motion for a preliminary injunction. ECF No. 12; *see also* ECF Nos. 13-16. Unless and until the Court orders otherwise, Defendant shall file any opposition to the motion by **October 2, 2026**, and shall file a single, consolidated brief opposing the motion and supporting Defendant's anticipated motion to dismiss; Plaintiff shall file a single, consolidated brief in opposition to Defendant's motion to dismiss and in further support of its motion for a preliminary injunction by **October 23, 2026**; and Defendant shall file any reply in support of her motion to dismiss by **October 30, 2026**. The parties should address in their briefs whether there is a need for an evidentiary hearing in connection with the motion for a preliminary injunction and whether trial on the merits should be advanced and consolidated with any preliminary injunction hearing. *See* FED. R. CIV. P. 65(a)(2).

The foregoing schedule supersedes the schedule previously set for Defendant's anticipated motion to dismiss. *See* ECF No. 11. If either party believes that the schedule should be modified in any way, the parties should promptly confer and seek appropriate relief.

SO ORDERED.

Dated: September 17, 2026
New York, New York

JESSE M. FURMAN
United States District Judge