**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

SUCCESS ACADEMY CHARTER SCHOOLS-NYC,

Plaintiff,

-against-

BETTY A. ROSA, in her official capacity as Commissioner of Education of the State of New York and President of the University of the State of New York,

Defendant.

-------------------------------------------------------------X

26 **CIVIL** 7298 (JMF)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated November 10, 2026, Defendant's motion to dismiss for lack of subject-matter jurisdiction is GRANTED, and Success Academy's Complaint is dismissed in its entirety without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

November 13, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**